Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| BE&K Building Group, LLC | ) | Case No.  23-30405 (MI) |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |
| -v- | ) | |
| Gonzales Commercial Electric, Inc., Velocity Capital Group LLC dba 24C and Gulf Capital Bank | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s) in Interpleader**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | BE&K Building Group, LLC |
| Street Address | 515 Post Oak Blvd., Suite 750 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77027 |
| Telephone Number | (281) 245-3940 |
| E-mail Address | |

   **B.     The Defendant(s) in Interpleader**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

Defendant No. 1

| | |
|---|---|
| Name | Gonzales Commercial Electric, Inc. |
| Job or Title *(if known)* | |
| Street Address | 7700 San Felipe Street, Suite 550 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77063-1618V |
| Telephone Number | (713) 697-3559 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Velocity Capital Group LLC d/b/a 24C |
| Job or Title *(if known)* | |
| Street Address | 417 Rugby Road |
| City and County | Cedarhurst, Nassau County |
| State and Zip Code | New York 11516-1144 |
| Telephone Number | (833) 824-3863 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Gulf Capital Bank |
| Job or Title *(if known)* | |
| Street Address | 1 Riverway, Suite 150 |
| City and County | Houston, Harris county |
| State and Zip Code | Texas 77056 |
| Telephone Number | (713) 999-8800 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

**II.** **Basis for Jurisdiction and Venue**

There are two types of interpleader actions, each brought under a different provision. Which type of interpleader action are you bringing? *(check one)*

☐ I am bringing this interpleader action under Federal Rule of Civil Procedure 22. *(Fill out Section A below.)*

☒ I am bringing this interpleader action under 28 U.S.C. § 1335. *(Fill out Section B below.)*

**A.** **Interpleader Action Under Rule 22**

1. Jurisdiction is proper because the action *(check all that apply)*:

   ☐ arises under a federal statute, a federal treaty, and/or a provision of the United States Constitution *(specify the relevant statutory, treaty, and/or constitutional provisions)*:

   ☐ meets the jurisdictional requirements of 28 U.S.C. § 1332, under which no plaintiff may be a citizen of the same State as any defendant, and the amount at stake must exceed the sum or value of $75,000:

   a. The Plaintiff(s)

   i. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   ii. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

    b. The Defendant(s)

        i. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.

            Or is a citizen of *(foreign nation)* _____.

        ii. If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    c. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____

2. Venue is proper under 28 U.S.C. § 1391 because *(check one)*:

    ☐ all of the defendants live in _____ *(a common State)* and at least one defendant lives in _____ *(county, State)*, which is located in this court's judicial district.

    ☐ a substantial part of the property that is the subject of this complaint for interpleader is situated in _____ *(county, State)*, which is located in this court's judicial district.

    ☐ there is no district in which this action may otherwise be brought. The court has personal jurisdiction over the defendants for the following reasons *(identify the connections the defendants have with the judicial district)*:

**B.    Interpleader Action Under 28 U.S.C. § 1335**

1. In order for this court to have jurisdiction over this action, at least two defendants must be citizens of different States as defined in 28 U.S.C. § 1332(a) or (c), and the value of the property in controversy must be at least $500.

    a. Interpleader Defendant No. 1

        i. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
            Or is a citizen of *(foreign nation)* _____.

        ii. If the defendant is a corporation

            The defendant, *(name)* Gonzales Commercial Electric, LLC, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    b. Interpleader Defendant No. 2

        i. If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.
            Or is a citizen of *(foreign nation)* _____.

        ii. If the defendant is a corporation

            The defendant, *(name)* Velocity Capital Group LLC d/b/a 24C, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  c. The Property in Controversy

   The property in controversy is worth $  $150,820.66 .

2. Venue is proper under 28 U.S.C. § 1397 because at least one defendant, *(name)* Gulf Capital Bank , resides in Harris County, Texas *(county, State)*, which is located in this court's judicial district.

## III. Statement of Interpleader Action

A. Describe the property that is the subject of this interpleader action, and explain why you are in possession of the property.  Explain why each of the defendants claims an entitlement to the property.

The property in dispute involves competing claims to money held by BE&K arising out of (a) a construcion contract, and (b) two security agreements related to loans of money. Such claims will lead to litigation based upon breach of contract and breach of the Texas Uniform Commercial Code. BE&K, as general contractor, entered into two construction contracts with the University of Houston to construct the University of Houston - Victoria Student Center Building and the University of Houston - Victoria STEM Building. BE&K, in turn, entered into two subcontract agreements with Gonzales Electric to furnish labor and materials for the electrical portion of the work. BE&K paid Gonzales Electric in full for the work performed on the Student Center Building project. On the STEM Building project, after all payments and deductions are considered, the balance due Gonzales Electric is $150,820.66. Before payment was made by BE&K to Gonzalex Electric, BE&K received competing claims and demands for payment for the Contract Balance from two of Gonzales Electric's lenders, Velocity Capital Group LLC d/b/a 24C ("24C") and Gulf Capital Bank, pursuant to their respective security agreements. BE&K has no claim to the Subcontract Balance.

B. Plaintiff has *(check one)*:

  ☒ deposited *(the property at issue)* $150,820.66 into the registry of the court

  ☐ given a bond payable to the clerk of court in the amount of $ _____ , which the court has deemed proper and which is conditioned upon compliance by the plaintiff with the future order or judgment of the court with respect to the subject matter of the controversy.

C. Explain why you are in great doubt as to which defendant(s) is/are entitled to the property subject to the interpleader action.  Explain why you cannot determine which claim(s) is/are valid without exposing yourself to potential double litigation.

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

BE&K has significant doubts as to which of the Defendants are entitled to the Subcontrqact Balance, which is the subject of this Complaint for Interpleader and Declaratory Relief. BE&K cannot determine which claims are valid without potentially exposing BE&K to multiple lawsuits.

BE&K has deposited the Subcontract Balance of one hundred fifty thousand eight hundred twenty and 66/100 ($150,820.66) into the registry of this Court. BE&K is entitled to interpleader relief because (a) it is subject to, or has reasonable grounds to anticipate, rival claims to the same funds; (b) it has not unreasonably delayed filing its action for interpleader, and (c) it has unconditionally tendered the funds into the registry of the court. Furthermore, BE&K is a disinterested stakeholder.

Gonzales Electric asserts the funds must be paid to Gonzales Electric because the funds are due under its subcontract with BE&K for work performed on the U of H project. The payment terms are set forth in Section 2 of the Subcontract.

Gulf Capital Bank asserts the funds must be paid to Gulf Capital Bank because of an assignment of such funds to Gulf Capital Bank under security agreements in connection with a loan agreement. Gulf Capital Bank filed UCC financing statements with the Texas Secretary of State. Gulf Capital Bank made demand on BE&K to pay the Subcontract Funds by letter dated March 27, 2023.

Velocity Capital Group LLC d/b/a 24C ("24C") asserts the Subcontract Balance must be paid to 24C because of the terms of the factoring agreement and the security interest conveyed to 24C in Gonzales Electric's accounts receivable, namely the Subcontract Balance. 24C filed a UCC-1 financing statement with the Texas Secretary of State. By letter dated December 28, 2022, 24C made demand on U of H to pay all funds due Gonzales Electric to 24C. U of H had no contract with Gonzales Electric. U of H forwarded this demand letter to BE&K, and instructed BE&K to resolve the dispute betweeen Gonzales Electric and 24C regading the Subcontract Funds.

## IV. Relief

The plaintiff requests that *(check all that apply)*:

☒ Each defendant be restrained from instituting any action against the plaintiff for recovery of the property or any part of it.

☒ The defendants be required to interplead and settle among themselves their rights to the property and that the plaintiff be discharged from all liability.

☒ The plaintiff recover costs and reasonable attorney's fees.

☒ The court grant any further relief as may be just and proper under the circumstances of this case.

Pro Se 12 (Rev. 12/16) Complaint for Interpleader and Declaratory Relief

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: 1/26/2024

| | |
|---|---|
| Signature of Attorney | /s/ R. Kelly Donaldson |
| Printed Name of Attorney | Roger Kelly Donaldson |
| Bar Number | 9070 |
| Name of Law Firm | Fahl & Donaldson, PLLC |
| Street Address | 801 Louisiana Street, Suite 400 |
| State and Zip Code | Houston, Texas 77002 |
| Telephone Number | (713) 627-7800 |
| E-mail Address | kdonaldson@fahldonaldson.com |